**FILED**

APR 2 9 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ERIC ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No.   09 0779 |
| | ) |
| HEATHER TRANT, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OPINION**

This matter is before the Court for consideration of plaintiff's application to proceed *in forma pauperis* and *pro se* complaint  The Court will grant the application and dismiss the complaint.

It appears that the Supreme Court has directed the Clerk not to accept further petitions from plaintiff in noncriminal matters unless he pays the docketing fee. *See* Compl., Attach. (June 23, 2008 letter from William K. Suter, Clerk).  Plaintiff brings this action against a Deputy Clerk of the United States Supreme Court because she has "rejected plaintiff's petitions in criminal matters," thereby "foreclos[ing] any future criminal writ of certiorari plaintiff can file contesting his criminal conviction." Compl. at 3.  He further alleges that defendant's actions have violated his constitutional rights and have caused "loss of hair, impaired vision, nervous, twitching thumbs . . ., humiliation, depression [and] severe emotional distress." *Id.* at 4.

The Clerk of the Supreme Court is the designated recipient of all documents filed with

1

the Supreme Court, and is authorized to reject any filing that does not comply with the applicable rules and orders. *See* Sup. Ct. R. 1. This Court has no authority to determine what action, if any, must be taken by the Justices of the Supreme Court and the Supreme Court's administrative officers. *See In re Marin*, 956 F.2d 339, 340 (D.C. Cir.), *cert. denied*, 506 U.S. 844 (1992). In any event, judges and other court officials have absolute immunity for their actions taken in a judicial or quasi-judicial capacity. *See Stump v. Sparkman*, 435 U.S. 349, 356 (1978).

The Court will dismiss this action for failure to state a claim upon which relief can be granted. *See* 28 U.S.C. § 1915A(b). An Order consistent with this Memorandum Opinion will be issued separately on this same date.

_____
United States District Judge

Date: April 20, 2009

2